in New Haven County, it is ordered that the motion for a directed judgment be, and hereby is, granted unless the plaintiffs (appellees) on or before March 15, 1967, file a brief as required by the Connecticut Practice Book.

*Robert Kapusta,* assistant city attorney, for the appellant (defendant).

*Jerome L. Pinco,* pro se, the appellee (named plaintiff).

Argued February 9—decided February 10, 1967

STATE OF CONNECTICUT *v.* MARK F. HELLER

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*David M. Reilly, Jr.,* in support of the petition.

*William Mark,* special assistant prosecuting attorney, in opposition.

Submitted January 16—decided February 10, 1967

STATE OF CONNECTICUT *v.* RAYMOND WOODWORTH
ET AL.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Jerome I. Walsh,* in support of the petition.

*Harold M. Mulvey,* attorney general, and *Francis J. MacGregor,* assistant attorney general, in opposition.

Submitted January 17—decided February 10, 1967